**THE ROMERO FIRM LLC**
ATTORNEYS AT LAW
400 Market Street, 4th Floor
Newark, New Jersey 07105
T: 973-344-4600 F: 973-344-4601
www.theromerofirm.com

November 9, 2026

# ORDER

**BY ECF**

Honorable Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**RE: DIAZ DE PAZ v. BORGEN et al., No. 1:26-cv-13505-ESK**
**A# 222-575-057**
**Motion to Withdraw Habeas Petition**

Dear Judge Kiel:

This office represents Mr. Santos Diaz de Paz in the above-referenced habeas matter. Petitioner respectfully requests to voluntarily withdraw his habeas petition without prejudice.

Sincerely,

//s// Custodio A. Romero

Custodio A. Romero
The Romero Firm LLC
Attorney for Petitioner

CC: All counsel of record (via electronic filing)

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: November 10, 2026**